IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-MJ-1183-1RJ
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| Sondra Jane Tooley ) | |

Sondra Jane Tooley appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Wilmington, North Carolina, on February 4, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Sondra Jane Tooley has satisfied the terms of the probation order.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered and orders that the case files and other court records pertinent to this case be sealed and turned over to the Clerk of this court.

This the 3rd day of February, 2016

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge