IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-MJ-1183-1RJ
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **Sondra Jane Tooley** | ) | |

Sondra Jane Tooley appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Wilmington, North Carolina, on February 4, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Sondra Jane Tooley has satisfied the terms of the probation order.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the __4__ day of February, 2016

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge